UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN D. HAYNES, #87897-079, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:12-CV-0601-B-BK |
| | § | |
| UNITED STATES OF AMERICA, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff/Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and summarily **DISMISSES** with prejudice as frivolous Plaintiff's FTCA claim against Defendant Eric Holder and his *Bivens* claim against the United States and Dr. Joseph Capps, in his official capacity. *See* 28 U.S.C. §§ 1915(e)(2)(b) and 1915A(b).

SO ORDERED this 9th day of July, 2012.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE